UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
ARNOLD R. KRYSIAK, JR.
KAREN L. KRYSIAK  CASE NO. 09-74138

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** HSBC Mortgage Corporation          **Court claim #:** 27

**Last four digits** of any number used to identify the debtor's account: 7730

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $4,788.47 (Per Creditor Proof of Claim) |
| Amount Paid by Trustee | $3,795.22 (Allowed Amount |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan          ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/26/2014          /s/Lydia S. Meyer
                           Lydia S. Meyer, Trustee
                           308 W. State St., Suite 212
                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 26th Day of March, 2014.

Dated:  3/26/2014          /s/Cynthia K. Burnard

HSBC MORTGAGE CORPORATION (USA)
ATTN: BANKRUPTCY DEPARTMENT
2929 WALDEN AVENUE
DEPEW, NY 14043

HSBC MORTGAGE SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 17580
BALTIMORE, MD 21297

MCCALLA RAYMER, LLC
1544 OLD ALABAMA RD.
ROSWELL, GA 30076

ARNOLD R. KRYSIAK, JR.
KAREN L. KRYSIAK
8716 MEMORY TRAIL
WONDER LAKE, IL 60097

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL 60603